```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRIN WHITE,                          :
              Plaintiff                :
         v.                            :  Case No. 3:06-cv-244-KRG-KAP
GERALD ROZUM,  ROBERT SNYDER,          :
ALLEN JOSEPH, STEVEN GATES,            :
CAPTAIN PAPUGA, BILL MAILMAN,          :
LIEUTENANT MEYERS, and MELISSA         :
HUGHES,                                :
              Defendants               :
```

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on September 20, 2007, docket no. 41, recommending that summary judgment be entered in favor of the defendants.

The parties were given notice that, pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to file written objections to the Report and Recommendation. Plaintiff's notice was sent by United States mail to his last address of record and was returned as undeliverable. Plaintiff has not notified the Clerk of his new address. The time to file objections has expired.

After review of the record of this matter and the recommendation of the Magistrate Judge, the following order is entered:

AND NOW, this 9th day of October, 2007, it is

ORDERED that defendants' motion for summary judgment, docket no. 32, is granted; plaintiff's motion for summary judgment, docket no. 38, is denied. Judgment is entered for the defendants. The Report and Recommendation is adopted as the opinion of the Court. If plaintiff contacts the Clerk, the Clerk shall provide the plaintiff with a copy of this order. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record